UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUNO A. KOIVISTO,<br>   Petitioner,<br>  v.<br>DEBBIE ASUNCION,<br>   Respondent. | Case No. 19-cv-04329-RS (PR)<br><br>**ORDER REOPENING ACTION** |

This federal habeas action was dismissed because petitioner had not paid the filing fee or perfected his application to proceed *in forma pauperis* (IFP) by the deadline. Since dismissal, petitioner has perfected his IFP application. Accordingly, this action is REOPENED. The Clerk shall modify the docket to reflect this. The judgment and the order of dismissal are VACATED. (Dkt. Nos. 10 and 11.) Petitioner's IFP application is GRANTED. The claims in the petition will be reviewed in a separate order.

**IT IS SO ORDERED.**

**Dated:** November _5_, 2019

               _____
               RICHARD SEEBORG
               United States District Judge