UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAUNO A. KOIVISTO,<br>    Petitioner,<br>    v.<br>DEBBIE ASUNCION,<br>    Respondent. | Case No. 19-cv-04329-RS (PR)<br><br>**ORDER TO SHOW CAUSE WHY THE SUIT SHOULD NOT BE DISMISSED** |

On or before **January 6, 2020**, petitioner must show cause why this federal habeas action should not be dismissed for failure to prosecute. **No extensions of time will be granted.**

This suit was reopened recently after petitioner complied with the Court's instructions to perfect his application to proceed *in forma pauperis*. A copy of the order reopening the action was sent to petitioner. It was returned as undeliverable, petitioner having refused it. (Dkt. No. 14.) The Court regards this as a refusal to litigate the action and therefore a failure to prosecute. If petitioner fails to show cause on or before January 6, 2020, this suit will be dismissed and judgment entered in favor of respondent. If petitioner refuses delivery of a copy of the present order, the Court will regard that as a failure to prosecute and will summarily dismiss the action and enter judgment in favor of respondent.

**IT IS SO ORDERED.**

**Dated:** November 22, 2019

_____
RICHARD SEEBORG
United States District Judge